JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD DEMIL CLAY, | Case No. CV 19-10961-CAS (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| W.S. PLILER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: July 21, 2020

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge